OFFICE OF DISCIPLINARY COUNSEL *v.* GOSLING.

[Cite as *Disciplinary Counsel v. Gosling* (1999), 86 Ohio St.3d 1213.]

(No. 97–438—Submitted and decided August 11, 1999.)

For earlier case, see *Disciplinary Counsel v. Gosling* (1997), 79 Ohio St.3d 113, 679 N.E.2d 1096.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.